Kenneth Ray Davis, II, OSB No. 97113
davisk@lanepowell.com
Victoria Blachly, OSB No. 97280
blachlyv@lanepowell.com
**LANE POWELL PC**
Suite 2100
601 SW Second Avenue
Portland, Oregon 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200

Attorneys for Plaintiff Saban Rent-A-Car, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SABAN RENT-A-CAR, LLC, an Arizona corporation<br><br>Plaintiff,<br><br>v.<br><br>STEVEN E. MILLER, and THE NEW CB SHOP, INC., a Washington corporation,<br><br>Defendants. | Case No. CV 05-672-AA<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER** |

TO: Defendant Steven E. Miller and Defendant The New CB Shop, Inc.

Plaintiff's motion for temporary restraining came before the court on June 3, 2005.

Based on the record, including the supporting affidavits, the court finds:

1. If defendants are not immediately restrained as set forth below, plaintiff will suffer irreparable injury, loss, or damage.

PAGE 1 - TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER

707703.0001/515754.1

LANE POWELL PC
SUITE 2100
601 SW SECOND AVENUE
PORTLAND, OREGON 97204-3158
(503) 778-2100

2. It is therefore ORDERED as follows:

A. Defendants, and their agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this order, by personal service or otherwise, are restrained and enjoined from making any telephone calls to plaintiff and its agents, servants, employees, and attorneys.

B. Defendants, and their agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this order, by personal service or otherwise, are restrained and enjoined from making any contact with plaintiff and its agents, servants, employees, and attorneys, but defendants may contact plaintiff's attorneys in writing and defendants' licensed attorneys may contact plaintiff's attorneys by telephone.

3. Defendant shall appear before this court on /Friday, 6/10/05 at 1:30 p.m. ~~at __.m.~~, Room __13B__, United Stated District Court, 1000 SW 2nd Avenue, Portland, Oregon, and show cause, if any there be, why the activity described above should not continue to be restrained during the pendency of this action.

4. This temporary restraining order shall expire on __June 13__, 2005 unless extended by further order of this court.

5. This order shall be effective immediately and the security requirement is waived.

DATED this __3__ day of __June__, 2005.

_____
District Court Judge Ann Aiken

PAGE 2 - TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER

LANE POWELL PC
SUITE 2100
707703.0001/515754.1
601 SW SECOND AVENUE
PORTLAND, OREGON 97204-3158
(503) 778-2100