Kenneth Ray Davis, II, OSB No. 97113
davisk@lanepowell.com
Victoria Blachly, OSB 97280
blachlyv@lanepowell.com
**LANE POWELL PC**
Suite 2100
601 SW Second Avenue
Portland, Oregon 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200

Attorneys for Plaintiff Saban Rent-A-Car, LLC

FILED'05 JUN 10 13:59 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **SABAN RENT-A-CAR, LLC**, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>**STEVE MILLER**, individually and dba **THE NEW CB SHOP**, an unregistered Oregon business,<br>Defendants. | Case No. CV 05-672-AA<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

This matter came to be heard on June 10, 2005, at 1:30 p.m., on the Court's Order to Show Cause Why a Preliminary Injunction Should Not Issue, pursuant to Fed. R. Civ. P. 65(b). The Court has considered plaintiff's Complaint, Motion for Temporary Restraining Order, Motion for Preliminary Injunction and memoranda and declarations in support thereof, and all other written submissions of the parties.

The Court, having reviewed the evidence submitted by the parties, considered the argument of counsel and defendants, and being fully advised, finds as follows:

PAGE 1 - ORDER GRANTING PRELIMINARY INJUNCTION

707703.0001/519723.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 2100
601 SW SECOND AVENUE
PORTLAND, OREGON 97204-3158
(503) 778-2100

1. This is an action to compel defendants to cease and desist all contact with plaintiff, particularly by, but not limited to, repeated and harassing telephone calls.

2. Plaintiff sought a preliminary injunction seeking to restrain defendants from contacting plaintiff and plaintiff's employees.

3. Plaintiff will suffer irreparable injury and loss in the event that a preliminary injunction is not granted.

4. Such injury outweighs any potential harm this order may cause defendants.

5. Plaintiff has demonstrated a likelihood of success on the merits.

IT IS HEREBY ORDERED that:

A. Defendants shall not contact plaintiff or plaintiff's employees by telephone or any other means; and

B. Defendants shall not contact plaintiff's counsel by telephone, but defendants may contact plaintiff's attorneys in writing and defendants' licensed attorneys may contact plaintiff's attorneys by telephone; and

C. This order will remain valid pending a trial on the merits of the above-entitled action, or until further order of this Court.

DATED this 10th day of June, 2005.

_U.S. District Court Judge Ann Aiken_

Submitted by:

LANE POWELL PC
Kenneth Ray Davis, II, OSB No. 97113
Victoria Blachly, OSB 97280
(503) 778-2100
Attorneys for Plaintiff Saban Rent-A-Car, LLC

PAGE 2 - ORDER GRANTING PRELIMINARY INJUNCTION

707703.0001/519723.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 2100
601 SW SECOND AVENUE
PORTLAND, OREGON 97204-3158
(503) 778-2100